IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 1:06CV00226 |
| v. | ) |
| | ) Judge Ellen Huvelle |
| **VIACOM INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE OF LEAD COUNSEL
FOR DEFENDANT VIACOM INC.**

Please enter the appearance of the following lead counsel for Defendant Viacom Inc.:

Grace E. Speights (D.C. Bar # 392091)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C, 20004
(202) 739-5189


Date: March 20, 2006     Respectfully submitted,


                         _____/s/_____
                         Grace E. Speights (D.C. Bar # 392091)
                         Morgan, Lewis & Bockius LLP
                         1111 Pennsylvania Avenue, N.W.
                         Washington, D.C. 20004
                         (202) 739-5189

                         Lead Attorney for Defendant Viacom Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March, 2006, a copy of the foregoing Notice of Appearance was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

>Jimmy A. Bell, Esq.
>The Law Offices of Jimmy A. Bell, P.C.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772

>_____/s/_____
>Ray E. Donahue