IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO**<br><br>Plaintiffs,<br><br>v.<br><br>**VIACOM, INC.**<br><br>Defendant. | Case No.: 1:05-cv-01982 (RBW) |

**PLAINTIFF'S CONSENT MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE SCHEDULED FOR APRIL 18, 2006**

COMES NOW, Plaintiffs Andre Combo, by and through the undersigned counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 16(b), and with consent of Defendant's Counsel, Thomas Schaufelberger, for an order continuing the initial scheduling conference scheduled for April 18, 2006, for thirty (30) days.  For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 16 (b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Counsel for Plaintiff was recently been stabbed and is now in the process of recovering from his wound, under a doctor's care.

3. Counsel for Plaintiff will be in the process of recovery for an as-yet undetermined period of time.

4. Because of Plaintiff's Counsel's period of convalescence, it will likely not be possible for Plaintiff's Counsel to attend the initial scheduling conference scheduled for April 18, 2006.

5.        Counsel for Plaintiff respectfully requests the Court's indulgence in consideration of this motion, and respectfully requests this Court to continue the initial scheduling conference scheduled for April 18, 2006 for thirty (30) days.

6.        Counsel for the Plaintiff contacted Counsel for the Defendant, Ray Donauhue, on Wednesday, March 29, 2006, and Attorney Speights consented to Plaintiff's instant motion.

7.        Defendant will thus not be prejudiced if this Motion is granted, nor will the litigation be unduly prolonged.

WHEREFORE, Plaintiff requests that this Court grant her Consent Motion to Continue the Hearing Scheduled for April 18, 2006 for thirty (30) Days.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiffs
Bar # MD 14639