IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** <br><br> Plaintiffs, <br><br> v. <br><br> **VIACOM, INC.** <br><br> Defendant. | Case No.: 1:06-cv-00226 |

**ORDER**

In consideration of Plaintiff's Consent Motion for Continuance of the Initial Scheduling Conference Scheduled for April 18, 2006, it is hereby

ORDERED that Plaintiff's request for a continuance of the Initial Scheduling Conference Scheduled for April 18, 2006 is hereby GRANTED.

This ____ day of _____ 2006.

SO ORDERED,

_____
U.S. District Court Judge