## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO. 1:06CV00226** |
| **v.** | ) |
| | ) **Judge Ellen Huvelle** |
| **VIACOM INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## FOR DEFENDANT VIACOM INC.

Please withdraw the appearance of the following counsel for Defendant Viacom Inc.:

     Ray E. Donahue (D.C. Bar # 482930)
     Morgan, Lewis & Bockius LLP
     1111 Pennsylvania Avenue, N.W.
     Washington, D.C, 20004
     (202) 739-5204

Grace E. Speights remains lead counsel of record for Defendant Viacom, Inc..

Date: April 17, 2006          Respectfully submitted,


                        _____/s/_____
                        Grace E. Speights (D.C. Bar # 392091)
                        Morgan, Lewis & Bockius LLP
                        1111 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20004
                        (202) 739-5189


                        Lead Attorney for Defendant Viacom Inc.