IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 1:06CV00226 |
| v. | ) |
| | ) Judge Ellen Huvelle |
| **VIACOM INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

NOTICE OF APPEARANCE OF COUNSEL
<u>FOR DEFENDANT VIACOM INC.</u>

Please enter the appearance of the following counsel for Defendant Viacom Inc.:

John S. Ferrer (D.C. Bar # 489679)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
(202) 739-5317


Date:  June 5, 2006              Respectfully submitted,


                                 _____/s/_____
                                 Grace E. Speights (D.C. Bar # 392091)
                                 John S. Ferrer (D.C. Bar # 489679)
                                 Morgan, Lewis & Bockius LLP
                                 1111 Pennsylvania Avenue, N.W.
                                 Washington, D.C. 20004
                                 (202) 739-5189/5317

                                 *Attorneys for Defendant Viacom Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of June, 2006, a copy of the foregoing Notice of Appearance was served via the electronic case filing (CM/ECF) system and first-class mail on Counsel for Plaintiff as follows:

> Jimmy A. Bell, Esq.
> The Law Offices of Jimmy A. Bell, P.C.
> 9610 Marlboro Pike
> Upper Marlboro, MD 20772

                                                          /s/
                                         John S. Ferrer