IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANDRE COMBO** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **VIACOM INC.** ) <br> ) <br>     **Defendant.** ) <br> ) | Case No. 1:06-CV-00226 (ESH) |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiff Andre Combo and Defendant Viacom Inc., by and through their undersigned counsel, respectfully move pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, to extend the discovery deadline for thirty (30) days, from December 6, 2006 to January 5, 2007, for the purpose of enabling Defendant to take the deposition of Plaintiff.

In support of this motion, the parties state as follows:

1. Defendant initially noticed the deposition of Plaintiff for December 1, 2006.

2. On November 28, 2006, Plaintiff's attorney notified Defendant's attorney that he had a conflict on December 1, 2006 due to a scheduled court date in another proceeding.

3. The parties have agreed that Defendant will take Plaintiff's deposition on January 4, 2007.

4. A status conference in this matter is currently scheduled for December 8, 2006. Should the Court grant this motion, the parties would respectfully request that the status conference be rescheduled for sometime in January 2007 at the Court's earliest convenience.

For the reasons set forth above, Plaintiff and Defendant respectfully request that the discovery deadline be extended until January 5, 2007.

Date:  November 29, 2006                    Respectfully submitted,


                                        /s/
Jimmy A. Bell, Esq. (Bar No. MD 14639)
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (Fax)
jimbellesq@aol.com
*Attorney for Plaintiff*


                                        /s/
Grace E. Speights (D.C. Bar No. 392091)
John S. Ferrer (D.C. Bar No. 489679)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-3000
202-739-3001 (facsimile)
*Attorneys for Defendant Viacom Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ANDRE COMBO**            )<br>                                             )<br>            **Plaintiff,**        )<br>                                             )<br>     v.                                    )<br>                                             )<br> **VIACOM INC.**              )<br>                                             )<br>            **Defendant.**     )<br>                                             ) | Case No. 1:06-CV-00226 (ESH) |

## ORDER

Plaintiff Andre Combo's and Defendant Viacom Inc.'s Joint Motion to Extend Discovery is hereby GRANTED. The discovery deadline is extended to January 5, 2007. The status conference scheduled for December 8, 2006 will be rescheduled for sometime in January 2007.

So Ordered this _____ day of November, 2006.

_____
Ellen Segal Huvelle
United States District Judge

1-WA/2664360.3