# EXHIBIT A

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO | : |
| Plaintiff, | : |
| v. | : Case No.: 1:05-cv-01982 (RBW) |
| VIACOM, INC. | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff Andre Combo, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the duly designated corporate representative of Defendant Viacom, Inc. able to testify to the termination of Andre Combo, pursuant to Fed. R. Civ. P. 30(b)(6) on **December 6, 2006** commencing at **3:00** o'clock in the **P.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO | : |
| Plaintiff, | : |
| v. | : Case No.: 1:05-cv-01982 (RBW) |
| VIACOM, INC. | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff Andre Combo, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the duly designated corporate representative of Defendant Viacom, Inc. able to testify to the legitimate non-discriminatory reason, if any, as to why Andre Combo was terminated, pursuant to Fed. R. Civ. P. 30(b)(6) on **December 6, 2006** commencing at **3:00** o'clock in the **P.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, MD 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO | : |
| Plaintiff, | : |
| v. | : Case No.: 1:05-cv-01982 (RBW) |
| VIACOM, INC. | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff Andre Combo, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the duly designated corporate representative of Defendant Viacom, Inc. able to testify to the any person(s) similarly situated to Andre Combo, pursuant to Fed. R. Civ. Pro. 30(b)(6) on **December 6, 2006** commencing at **3:00** o'clock in the **P.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE COMBO | : |
| Plaintiff, | : |
| | : Case No.: 1:05-cv-01982 (RBW) |
| v. | : |
| VIACOM, INC. | : |
| Defendant. | : |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff Andre Combo, by and through counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, PC, will take the deposition under oath of the duly designated corporate representative of Defendant Viacom, Inc. able to provide any and all document(s) in Defendant's possession regarding the termination of Andre Combo, pursuant to Fed. R. Civ. P. 30(b)(6) on **December 6, 2006** commencing at **3:00** o'clock in the **P.M.** at the Law Office of Jimmy A. Bell, PC, 9610 Marlboro Pike, Upper Marlboro, MD 20772, before an officer duly authorized by law to administer oaths pursuant to the applicable rules of Court.

The deposition will continue from day to day until completed, and shall be conducted for the purpose of discovery, trial, and any other permitted use under the applicable Rules of Procedure and evidence.

Respectfully submitted,

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 599-7620
(301) 599-7623 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2006, a copy of the foregoing four (4) Notices of Deposition was mailed, first-class postage pre-paid, with courtesy copies via facsimile, to:

John S. Ferrer, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3001 (fax)

_____
Jimmy A. Bell, Esq.