UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDRE COMBO, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 06-0226 (ESH) |
| VIACOM, INC., | ) |
|       Defendant. | ) |

## ORDER

Before the Court is defendant Viacom Inc.'s Motion for a Protective Order. It is this 6th day of December 2006, hereby

**ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with paragraph 14 of this Court's Scheduling Order dated June 6, 2006.

**SO ORDERED.**

                                        /s/
                           ELLEN SEGAL HUVELLE
                           United States District Judge

Date: December 6, 2006