IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** | : |
| Plaintiff, | : |
| | : Case No.: 1:06-cv-0226 |
| v. | : |
| **VIACOM, INC.** | : |
| Defendant. | : |

## PLAINTIFF'S EMERGENCY MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the Plaintiff, Andre Combo, by and through counsel, the Law Office of Jimmy A. Bell, P.C., and Jimmy A. Bell, Esq., pursuant to the Federal Rule of Civil Procedure 41, and hereby files this Motion to Dismiss Without Prejudice. For cause, Plaintiff states as follows.

1. The Court may dismiss the instant case without prejudice upon Motion by Plaintiff upon such terms and conditions that the Court deems proper. Fed. R. Civ. P. 41(a)(2).

2. Plaintiff has been diligently trying to litigate the instant case.

3. Throughout this action, Defendant has claimed that it is not the proper party to the case, but Black Entertainment Television, Inc ("BET"), Defendant's subsidiary, is the proper party.

4. The parties have scheduled to depose Defendant's 30(b)(6) witness, but Defendant states that the witness will be unable to testify to the facts and circumstances described in the Complaint.

5. Plaintiff is prepared to file a suit against BET exclusively in this matter.

6. Plaintiff is wary of dismissing this case "with prejudice" in the event that BET thereafter claims that Viacom is the proper party and Viacom is impleaded as a third party Defendant.

7. The Court has imposed imminent deadlines to conduct deposition(s) in this matter and conclude discovery, so time is of the essence to grant the immediate motion.

8. Plaintiff contacted Defendant to gain consent to the instant motion, but was unable to get consent by the time of this filing.

WHEREFORE, Plaintiff respectfully requests that his Motion to Dismiss Without Prejudice is GRANTED for the reasons set forth above.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Jimmy A. Bell, Esq.
                                          Law Office of Jimmy A. Bell, P.C.
                                          9610 Marlboro Pike
                                          Upper Marlboro, MD 20772
                                          Tel.: (301) 599-7620
                                          Fax: (301) 599-7623
                                          Bar # MD 14639
                                          *Attorney for Plaintiff*

IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** | : |
| Plaintiff, | : |
| v. | : Case No.: 1:06-cv-0226 |
| **VIACOM, INC.** | : |
| Defendant. | : |

# **ORDER**

UPON CONSIDERATION of Plaintiff's Emergency Motion to Dismiss *without* Prejudice, all support thereof, all opposition thereto, and in the interests of justice, Plaintiff's Motion to Dismiss without Prejudice is hereby GRANTED and the above-captioned case is hereby DISMISSED without prejudice.

SO ORDERED this

____ day of _____, 2006.

_____
U.S. District Court Judge

3