IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** : | |
| : | |
| Plaintiff, : | **Civil Action No.**: 06-00226-ESH |
| : | |
| v. : | |
| : | |
| **VIACOM INC.,** : | |
| Defendant. : | |

## ORDER

Upon consideration of Plaintiff's Motion for Voluntary Dismissal without Prejudice, Defendant's Opposition thereto, and in the interest of justice, it is, this

_____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's Motion for Voluntary Dismissal without Prejudice is hereby **GRANTED**.

_____
United States District Court Judge