**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ :
**ANDRE COMBO**                          :
                                         :
                                         :
            Plaintiff,                   :        **Civil Action No.**:  06-00226-ESH
                                         :
      v.                                 :
                                         :
**VIACOM INC.,**                         :
            Defendant.                   :
_____ :

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Voluntary Dismissal without Prejudice and for Attorneys' Fees, Plaintiff's Opposition thereto, and in the interest of justice, it is, this _____ day of _____, 2006, hereby

**ORDERED** that Defendant's Motion for Voluntary Dismissal without Prejudice is hereby **GRANTED**; and further;

**ORDERED** that Defendant's request for attorneys' fees and costs is hereby **DENIED**.

_____
United States District Court Judge


created using
BCL easyPDF
Printer Driver
Click here to purchase a license to remove this image