**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDRE COMBO** )<br>)<br>         **Plaintiff,** )<br>)<br>   v.                                                )    **Case No. 1:06-CV-00226 (ESH)**<br>)<br>**VIACOM INC.** )<br>)<br>         **Defendant.** )<br>) | |

### ORDER

Upon consideration of Plaintiff's Emergency Motion to Dismiss Without Prejudice, Viacom Inc.'s Opposition to Plaintiff's Emergency Motion and Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs, Plaintiff's Opposition thereto, Viacom Inc.'s Reply, and the Memorandums in Support thereof:

IT IS ORDERED this __ day of January, 2007, that Plaintiff's Emergency Motion to Dismiss Without Prejudice is DENIED and Viacom's Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs is GRANTED.

IT IS FURTHER ORDERED that Plaintiff will be required to pay Viacom its reasonable attorneys' fees and all other costs incurred in its defense of this case; and

IT IS FURTHER ORDERED that Viacom shall file with the Court within 14 days of this Order, an affidavit setting forth its attorneys' fees and costs incurred in this action.

So Ordered this _____ day of January, 2007.

_____
Ellen Segal Huvelle
United States District Judge

1-WA/2679639.1