IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06-cv-00226 (ESH) |
| : | |
| **VIACOM INC.,** : | |
| : | |
| Defendant. : | |

**DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF PLAINTIFF'S EMERGENCY MOTION TO DISMISS WITHOUT PREJUDICE AND DEFENDANT'S CROSS MOTION TO DISMISS WITH PREJUDICE AND/OR FOR ATTORNEYS' FEES AND COSTS AND, IF BOTH ARE DENIED, <u>TO EXTEND DISCOVERY FOR FIFTEEN DAYS</u>**

Pursuant to Fed. R. Civ. P. 26 and 6(b), Defendant Viacom Inc. ("Viacom"), through its undersigned attorneys, hereby moves to stay discovery pending the resolution of Plaintiff's Emergency Motion to Dismiss Without Prejudice and Defendant's Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs. If both motions are denied, Viacom requests that the Court allow the parties an additional fifteen days of discovery to complete the remaining discovery in this case.

Pursuant to the Court's June 6, 2006 Scheduling Order, discovery was to be completed by December 6, 2006. On November 30, 2006, upon a joint motion to extend discovery, the Court extended the discovery deadline to January 5, 2007. On December 6, 2006, on Viacom's motion for a protective order, the Court stated that, "Discovery will close on January 5, 2007, and there will be no further continuances of discovery." Currently, Viacom is scheduled to take Plaintiff's deposition on January 4, 2007.

Based on the parties' briefing of both of the pending motions and the possible resolution

of the matter before this Court prior to the need for further discovery, Viacom requests that discovery be stayed pending the resolution of the motions. To the extent both motions to dismiss are denied, Viacom also requests that the Court grant an additional 15 days from the date the motions are denied or, if the two motions are decided on separate dates, from the date the last motion is denied, for the purpose of enabling Viacom to take the deposition of Plaintiff and enabling Plaintiff to take the deposition of Betty Panarella, the only remaining discovery in this case. Counsel for Viacom called counsel for Plaintiff to attempt to obtain his consent to this motion, but has not heard back from counsel as of the filing of this motion.

While Viacom acknowledges the Court's December 6, 2006 ruling that "[d]iscovery will close on January 5, 2007, and there will be no further continuances of discovery," in light of the unique circumstances present in this case, Viacom respectfully requests that the Court reconsider its prior ruling that there will be no further continuances of discovery. In this regard, both parties have moved to dismiss the case. The only issues pending before the Court is whether the case should be dismissed with or without prejudice and whether Plaintiff should be required to pay Viacom's attorneys' fees and costs. In addition, by filing the instant motion, Viacom is attempting to avoid incurring additional costs related to discovery should the case be dismissed. Based on the foregoing reasons, Viacom respectfully requests that the Court grant this motion.

Respectfully submitted,

Date: January 3, 2007                     _____/s/_____
                                                      Grace E. Speights (D.C. Bar # 392091)
                                                      John S. Ferrer (D.C. Bar # 489679)
                                                      Morgan, Lewis & Bockius LLP
                                                      1111 Pennsylvania Avenue, N.W.
                                                      Washington, D.C. 20004
                                                      (202) 739-3000
                                                      (202) 739-3001 (fax)
                                                      *Counsel for Defendant Viacom Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of January, 2007, a copy of the foregoing Motion to Stay Discovery Pending Resolution of Plaintiff's Emergency Motion to Dismiss Without Prejudice and Defendant's Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs and, if Both are Denied, to Extend Discovery for Fifteen Days was served via the electronic case filing (CM/ECF) system and first-class mail on counsel for Plaintiff as follows:

    Jimmy A. Bell, Esq.
    The Law Offices of Jimmy A. Bell, P.C.
    9601 Marlboro Pike
    Upper Marlboro, MD  20772


              /s/
              John S. Ferrer