UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:06-cv-00226 (ESH) |
| : | |
| **VIACOM INC.,** : | |
| : | |
| Defendant. : | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Stay Discovery Pending Resolution of Plaintiff's Emergency Motion to Dismiss Without Prejudice and Defendant's Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs, it this _____ day of _____, 2007 hereby ORDERED that:

Discovery shall be stayed pending resolution of Plaintiff's Emergency Motion to Dismiss Without Prejudice and Defendant's Cross Motion to Dismiss With Prejudice and/or for Attorneys' Fees and Costs; and

To the extent both motions are denied, the parties shall have 15 additional days from the date the motions are denied or, if the two motions are decided on separate dates, from the date the last motion is denied, for the purpose of enabling Defendant to take the deposition of Plaintiff and enabling Plaintiff to take the deposition of Betty Panarella.

IT IS SO ORDERED.

Date: _____                    _____
                                        Ellen Segal Huvelle
                                        United States District Judge

1-WA/2680476.1