## STATEMENT OF ATTORNEYS' FEES AND COSTS
## INCURRED BY DEFENDANT IN CONNECTION WITH
## ANDRE COMBO V. VIACOM INC., CASE NO: 1:06-CV-00226 (ESH)

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 2/27/2006 | RAY DONAHUE | Review Complaint; prepare e-mail to G. Speights re: same. | 0.6 | 180 |
| 3/1/2006 | RAY DONAHUE | Review Complaint; prepare e-mail to G. Speights re: same. | 1 | 300 |
| 3/6/2006 | GRACE E SPEIGHTS | Review complaint and develop strategy (.8); office conference with R. Donahue re: strategy (.2); telephone call with client re: strategy (.3). | 1.5 | 930 |
| 3/6/2006 | RAY DONAHUE | Conference with G. Speights re: response to Combo Complaint; telephone conference with client re: same; prepare re: same; telephone conference with client re: same; prepare Answer. | 2.2 | 660 |
| 3/7/2006 | RAY DONAHUE | Prepare Answer to Complaint; prepare e-mail to client re: same; prepare e-mail to client re: same. | 2 | 600 |
| 3/8/2006 | RAY DONAHUE | Telephone conference with client re: allegations in Complaint; review and revise notes re: same; review and revise Answer re: same; telephone call client re: same. | 1.5 | 450 |
| 3/9/2006 | RAY DONAHUE | Telephone conference with client re: Combo Complaint; review and revise notes re: same; telephone conference with client re: same; review and revise notes re: same; telephone conference with client re: same; prepare Answer to Complaint; prepare initial budget. | 3 | 900 |
| 3/10/2006 | GRACE E SPEIGHTS | Review and revise Answer to Complaint. | 0.5 | 310 |
| 3/10/2006 | RAY DONAHUE | Prepare initial budget; prepare e-mail to G. Speights re: Answer and budget. | 1 | 300 |
| 3/20/2006 | RAY DONAHUE | Prepare Answer and Notice of Appearance for Filing; prepare e-mail to client re: same; prepare e-mail to client re: Corporate Disclosure Statement; prepare e-mail to client re: Initial Scheduling Conference. | 1 | 300 |
| 4/12/2006 | JOHN S. FERRER | Conference with R. Donahue re: case background and status. | 0.2 | 65 |
| 6/2/2006 | GRACE E SPEIGHTS | Telephone call with court re: Scheduling Conference; telephone calls to opposing counsel re: same and Rule 16 report; emails to and from J. Ferrer re: same. | 1.5 | 930 |

Exhibit B

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 6/2/2006 | JOHN S. FERRER | Exchange e-mails with G. Speights re: Rule 16.3 report; call with Judge Huvelle's clerk re: same; call with J. Cochran, Plaintiff counsel's law clerk, re: same; review and revise Plaintiff's proposed 16.3 report. | 2.7 | 877.5 |
| 6/4/2006 | GRACE E SPEIGHTS | Review emails from J. Ferrer re: Rule 16 Report; review and revise draft Rule 16 Report; email to J. Ferrer re: same. | 1 | 620 |
| 6/5/2006 | JOHN S. FERRER | Revise Rule 16.3 report; exchange e-mails with J. Cochran re: same; prepare and file notice of appearance. | 1.1 | 357.5 |
| 6/6/2006 | JOHN S. FERRER | Attend scheduling conference; exchange e-mails with G. Speights re: same; prepare summary of scheduling conference. | 2.5 | 812.5 |
| 6/7/2006 | JOHN S. FERRER | Conference with G. Speights re: scheduling conference: research Magistrate Judges; revise memorandum re: scheduling conference. | 1.2 | 390 |
| 6/7/2006 | GRACE E SPEIGHTS | Review and revise memo re: Scheduling Conference; office conference with J. Ferrer re: same; emails to and from clients re: same and impact re: referral to Magistrate. | 1.5 | 930 |
| 6/12/2006 | JOHN S. FERRER | Call with Judge Huvelle's clerk re: transfer of case to magistrate judge; prepare e-mail to client re: same. | 0.1 | 32.5 |
| 6/16/2006 | JOHN S. FERRER | Review documents for initial disclosures. | 0.3 | 97.5 |
| 6/19/2006 | JOHN S. FERRER | Review documents for initial disclosures. | 3 | 975 |
| 6/20/2006 | JOHN S. FERRER | Further review files for initial disclosures. | 1 | 325 |
| 6/22/2006 | JOHN S. FERRER | Further review files for initial disclosures; prepare initial disclosures; prepare e-mail to G. Speights re: same. | 3.5 | 1,137.50 |
| 6/26/2006 | GRACE E SPEIGHTS | Review and revise initial disclosures. | 0.4 | 248 |
| 6/29/2006 | JOHN S. FERRER | Review e-mails from client re: initial disclosures; revise same; further review documents to be disclosed. | 0.7 | 227.5 |
| 6/30/2006 | JOHN S. FERRER | Review local rules re: initial disclosures; further revise initial disclosures and serve same on plaintiff's counsel. | 0.5 | 162.5 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 7/11/2006 | JOHN S. FERRER | Prepare letter to plaintiff's counsel re: initial disclosures; exchange e-mails with G. Speights re: same. | 0.5 | 162.5 |
| 7/20/2006 | GRACE E SPEIGHTS | Review plaintiff's initial disclosures and consider issues re: deficiencies; emails to J. Ferrer re: same. | 1 | 620 |
| 7/20/2006 | JOHN S. FERRER | Review plaintiff's initial disclosures; exchange e-mails with G. Speights re: same. | 0.5 | 162.5 |
| 7/21/2006 | GRACE E SPEIGHTS | Review plaintiff's initial disclosures; email J. Ferrer with thoughts re: same; review draft letter to plaintiff's counsel re: same. | 0.5 | 310 |
| 7/21/2006 | JOHN S. FERRER | Prepare letter to Plaintiff re: deficiencies in initial disclosures; exchange e-mails with G. Speights re: same. | 1.2 | 390 |
| 7/26/2006 | JOHN S. FERRER | Review plaintiff's initial disclosures; call with client re: same. | 0.5 | 162.5 |
| 8/1/2006 | JOHN S. FERRER | Exchange e-mails with G. Speights re: plaintiff's initial disclosures; prepare e-mail to plaintiff counsel J. Bell re: same. | 0.3 | 97.5 |
| 8/10/2006 | JOHN S. FERRER | Review scheduling order; exchange e-mails with G. Speights re: plaintiff's initial disclosures and expert report. | 0.4 | 130 |
| 8/18/2006 | JOHN S. FERRER | Call to J. Bell re: plaintiff's initial disclosures and expert report. | 0.1 | 32.5 |
| 8/21/2006 | JOHN S. FERRER | Call to Judge Huvelle chambers re: plaintiff's missing initial disclosures and expert report. | 0.1 | 32.5 |
| 8/23/2006 | JOHN S. FERRER | Review voicemail from Judge Huvelle's clerk, Miles Clark; call with M. Clark re: discovery conference call. | 0.2 | 65 |
| 8/28/2006 | JOHN S. FERRER | Conference call with Miles Clark, Judge Huvelle's clerk, and Jim Bell re: discovery; prepare e-mail to plaintiff's counsel M. Walters re: initial disclosures; call to M. Walters re: same. | 0.5 | 162.5 |
| 9/5/2006 | JOHN S. FERRER | Exchange e-mails with G. Speights re: plaintiff's incomplete initial disclosures. | 0.1 | 32.5 |
| 9/6/2006 | JOHN S. FERRER | Prepare e-mail to M. Walters and J. Bell, plaintiff's counsel, re: incomplete initial disclosures. | 0.1 | 32.5 |
| 9/19/2006 | GRACE E SPEIGHTS | Office conference with J. Ferrer re: strategy (.20); telephone call with client and J. Ferrer re: strategy (.40). | 0.6 | 372 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 9/19/2006 | JOHN S. FERRER | Conference with G. Speights re: discovery strategy (.20); conference call with client and G. Speights re: same (.40). | 0.6 | 195 |
| 11/17/2006 | JOHN S. FERRER | Review file re: potential motion for summary judgment; research issues re: same. | 1.5 | 487.5 |
| 11/21/2006 | JOHN S. FERRER | Exchange e-mails with G. Speights re: discovery strategy; call with client re: same; prepare notice of plaintiff's deposition. | 2 | 650 |
| 11/28/2006 | JOHN S. FERRER | Call to Jim Bell re: plaintiff's deposition; prepare e-mail to J. Bell re: same; exchange e-mails with G. Speights re: same; review local rules. | 0.6 | 195 |
| 11/29/2006 | JOHN S. FERRER | Calls with Matt Walters of J. Bell's office re: notice of plaintiff's deposition and motion to extend discovery; call with client re: same; prepare and file motion; review plaintiff's notices of Rule 30(b)(6) depositions; prepare e-mail to G. Speights re: same. | 3.5 | 1,137.50 |
| 11/30/2006 | GRACE E SPEIGHTS | Review and revise Rule 16 report. | 1.2 | 744 |
| 11/30/2006 | JOHN S. FERRER | Conference with H. Brilliant re: research re: objections to notices of deposition; review notices; review federal and local rules. | 1.8 | 585 |
| 11/30/2006 | HANA F. BRILLIANT | Conference with J. Ferrer re: research needed on motions to quash and for a protective order, and timeline for filing a responsive motion; research re: same; draft letter to opposing counsel objecting to the Notice of Deposition; and draft Motion to Quash/Motion for Protective Order. | 5.1 | 1,377.00 |
| 12/1/2006 | JOHN S. FERRER | Conference with H. Brilliant re: opposition to plaintiff's notices of deposition; call with plaintiff's counsel J. Bell re: same; revise letter to Bell re: same. | 1.6 | 520 |
| 12/1/2006 | HANA F. BRILLIANT | Draft Memorandum of Law for a Protective Order; research re: number of 30(b)(6) witnesses to designate, whether a party can be forced to designate a witness when it has no one to designate, whether a party is required to bring documents through a Notice of Deposition; and conference with J. Ferrer re: same. | 6.2 | 1,674.00 |
| 12/4/2006 | JOHN S. FERRER | Exchange e-mails with H. Brilliant re: motion for protective order; review same. | 0.5 | 162.5 |

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/4/2006 | HANA F. BRILLIANT | Draft and revise memorandum of law; and correspond with J. Ferrer re: whether to bifurcate discovery. | 5.5 | 1,485.00 |
| 12/5/2006 | GRACE E SPEIGHTS | Review and revise motion for protective order. | 0.8 | 496 |
| 12/5/2006 | JOHN S. FERRER | Exchange e-mails with clients re: motion for protective order; revise and file same. | 3.5 | 1,137.50 |
| 12/5/2006 | HANA F. BRILLIANT | Conference with J. Ferrer re: arguments made in the Motion for Protective Order; research whether an argument for attorneys fees could be made; review final motion; review correspondence regarding Motion; and electronically file motion. | 0.7 | 189 |
| 12/6/2006 | GRACE E SPEIGHTS | Office conference with J. Ferrer re: motion for protective order and consider strategy re: same (.5); review judge's order on motion for protective order and consider strategy re: same (.5). | 1 | 620 |
| 12/6/2006 | JOHN S. FERRER | Conference call with Judge Huvelle; calls with J. Bell and M. Walters re: motion for protective order; conference with G. Speights re: same; prepare e-mail to client re: motion and order. | 1.2 | 390 |
| 12/7/2006 | GRACE E SPEIGHTS | Emails to and from J. Ferrer re: Court's Order re: 30(b)(6) deposition; consider strategy re: same. | 0.5 | 310 |
| 12/7/2006 | JOHN S. FERRER | Exchange e-mails with client re: 30(b)(6) deposition; review rules re: location of deposition. | 0.6 | 195 |
| 12/7/2006 | HANA F. BRILLIANT | Review correspondence re: Judge's discovery order; research rules regarding deposition, telephonic depositions, and covering traveling expenses; and conference with J. Ferrer re: same. | 0.7 | 189 |
| 12/8/2006 | GRACE E SPEIGHTS | Review and consider plaintiff's emergency motion to dismiss; emails with J. Ferrer re: same; consider strategy re: same. | 1.2 | 744 |
| 12/8/2006 | JOHN S. FERRER | Call with M. Walters re: plaintiff's motion to dismiss; review same: prepare e-mail to clients and G. Speights re: same. | 0.4 | 130 |
| 12/8/2006 | HANA F. BRILLIANT | Research case law re: the location of a 30(b)(6) deposition; and correspond with G. Speights and J. Ferrer re: same. | 1 | 270 |
| 12/11/2006 | GRACE E SPEIGHTS | Review emails from J. Ferrer re: call from court; consider strategy re: same. | 0.5 | 310 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/2006 | JOHN S. FERRER | Call with Judge Huvelle's law clerk re: plaintiff's motion to dismiss; research issues re: same. | 1.3 | 422.5 |
| 12/11/2006 | HANA F. BRILLIANT | Review correspondence re: motion for voluntary dismissal; research re: voluntary dismissal, seeking attorney's fees and costs, and statute of limitations for the District of Columbia Human Rights Act; conference with J. Ferrer re: same; and draft motion opposing voluntary dismissal. | 3 | 810 |
| 12/12/2006 | JOHN S. FERRER | Call with M. Walters re: plaintiff's motion to dismiss. | 0.3 | 97.5 |
| 12/12/2006 | HANA F. BRILLIANT | Draft memorandum of law in opposition to the Motion to Dismiss Without Prejudice; and conference with J. Ferrer re: same. | 4 | 1,080.00 |
| 12/13/2006 | GRACE E SPEIGHTS | Draft section re: response to motion to dismiss. | 0.8 | 496 |
| 12/13/2006 | JOHN S. FERRER | Prepare e-mail to H. Brilliant re: response to motion; prepare e-mail to M. Walters re: same. | 0.3 | 97.5 |
| 12/13/2006 | HANA F. BRILLIANT | Research local and federal rules re: time allotted for responding to a motion; draft model orders to attach to the Cross-Motion for Conditional Dismissal or Motion to Dismiss with Prejudice; and correspond with J. Ferrer re: same. | 0.7 | 189 |
| 12/14/2006 | GRACE E SPEIGHTS | Emails re: response to motion to dismiss and consider strategy re: same. | 0.5 | 310 |
| 12/14/2006 | JOHN S. FERRER | Revise opposition to plaintiff's motion to dismiss and cross motion; exchange e-mail with client re: same. | 3 | 975 |
| 12/14/2006 | HANA F. BRILLIANT | Conference with J. Ferrer re: conditions to place on a motion to dismiss; and revise motion and orders. | 1.5 | 405 |
| 12/15/2006 | JOHN S. FERRER | Revise and file opposition to plaintiff's motion to dismiss and cross motion. | 1 | 325 |
| 12/15/2006 | HANA F. BRILLIANT | Revise Opposition to Motion to Dismiss; and file with Court. | 0.5 | 135 |
| 12/18/2006 | HANA F. BRILLIANT | Review docketing of opposition brief; and conference with J. Ferrer re: resolving the Clerk's erroneous docketing of the opposition. | 0.1 | 27 |
| 12/26/2006 | GRACE E SPEIGHTS | Review reply to opposition to motion to dismiss and consider strategy. | 1 | 620 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/27/2006 | HANA F. BRILLIANT | Review Plaintiff's Reply Brief; and conference with J. Ferrer re: same. | 0.2 | 54 |
| 12/27/2006 | GRACE E SPEIGHTS | Review reply in support of motion to dismiss in light of emails from J. Ferrer and consider strategy re: same. | 1 | 620 |
| 12/27/2006 | JOHN S. FERRER | Review plaintiff's reply to opposition to plaintiff's motion to dismiss; prepare e-mail to G. Speights re: same; prepare e-mail to client re: same; exchange e-mail with H. Brilliant re: same; review local rules. | 1.5 | 487.5 |
| 12/28/2006 | HANA F. BRILLIANT | Review Plaintiff's Reply Brief; and conference with J. Ferrer re: same. | 0.5 | 135 |
| 12/28/2006 | JOHN S. FERRER | Review plaintiff's opposition to cross motion to dismiss; exchange e-mail with H. Brilliant re: reply to plaintiff's opposition. | 0.5 | 162.5 |
| 12/29/2006 | STEPHANIE HANKIN | Meet with J. Ferrer to discuss case; review pleadings; begin drafting reply to plaintiff's opposition. | 1.6 | 400 |
| 12/29/2006 | HANA F. BRILLIANT | Review opposition brief; conference with J. Ferrer re: responding to the reply brief and opposition brief; and draft outline for a motion to strike and reply brief. | 1 | 270 |
| 12/29/2006 | GRACE E SPEIGHTS | Review opposition to motion for fees and costs and consider strategy re: same; emails to and from J. Ferrer re: opposition to motion for fees and strategy with respect to same. | 1.8 | 1,116.00 |
| 12/29/2006 | JOHN S. FERRER | Further review plaintiff's opposition to cross motion to dismiss; prepare e-mail to client re: same; exchange e-mail with G. Speights and H. Brilliant re: reply to plaintiff's opposition; conference with S. Hankin re: same. | 2 | 650 |
| 12/30/2006 | STEPHANIE HANKIN | Prepare draft of reply to Plaintiff's opposition to Viacom's cross motion to dismiss. | 6.1 | 1,525.00 |
| 1/2/2007 | STEPHANIE HANKIN | Revise reply to Plaintiff's opposition to Viacom's motion to dismiss and/or for attorneys' fees; research local court rules on filing. | 1.5 | 375 |
| 1/2/2007 | GRACE E SPEIGHTS | Review and revise reply memo in support of motion for fees. | 0.8 | 496 |
| 1/2/2007 | JOHN S. FERRER | Revise and file reply to plaintiff's opposition to cross motion to dismiss. | 4 | 1,300.00 |
| 1/3/2007 | STEPHANIE HANKIN | Review e-mail from J. Ferrer re: motion to stay discovery. | 0.1 | 25 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 1/3/2007 | GRACE E SPEIGHTS | Review and revise motion to stay discovery; emails to and from J. Ferrer re: same. | 0.6 | 372 |
| 1/3/2007 | JOHN S. FERRER | Calls to J. Bell; prepare and file motion to stay discovery; prepare e-mail to J. Bell re: same. | 2.9 | 942.5 |
| | | **TOTAL FEES (INCLUDES 15% DISCOUNT):** | **99.76** | **$34,738.99** |

## SUMMARY OF COSTS INCURRED BY DEFENDANT

| **Description** | **Amount** |
|---|---|
| Telephone/Fax | 7.65 |
| Postage | 2.82 |
| Duplicating | 10.44 |
| Travel to Court for scheduling conference (taxi) | 8.00 |
| Electronic research (Westlaw and LEXIS) | 645.56 |
| **Total Costs** | **674.47** |

| | |
|---|---|
| **TOTAL ATTORNEYS' FEES** | $34,738.99 |
| **TOTAL COSTS** | 674.47 |
| **GRAND TOTAL =** | $35,413.46 |