IN THE UNITED STATES DISRTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE COMBO** : | |
| : | |
| Plaintiffs, : | Case No.: 06-00226-ESH |
| v. : | |
| **VIACOM, INC.** : | |
| Defendant. : | |

## NOTICE OF APPEAL

Notice is hereby given that Andre Combo, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the D.C. Circuit the Order entered January 5, 2007 (21) granting Defendant's Motion for Attorneys' Fees.

                                                                        Respectfully submitted,

                                                                        _____/s/_____
                                                                        Jimmy A. Bell, Esq.
                                                                        Law Office of Jimmy A. Bell, P.C.
                                                                        9610 Marlboro Pike
                                                                        Upper Marlboro, MD 20772
                                                                        (301) 599-7620
                                                                        (301) 599-7623 (fax)
                                                                        Counsel for Plaintiff
                                                                        Bar # MD 14639

