# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 07-7018**                               **September Term, 2006**

                                              06cv00226

                                              Filed On: May 17, 2007 [1041287]

Andre Combo,
     Appellant

v.

Viacom Inc., A Delaware Corporation,
     Appellee

**FILED**
JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

    By order filed March 20, 2007, appellant was directed to file certain submissions to the court, by April 19, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on March 23, 2007. To date, appellant has not complied with the court's March 20, 2007 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 6/27/07
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk